**FILED
CLERK**

1:27 pm, Sep 21, 2018

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC.

        Plaintiff,

  -against-

ADVANCED CHIMNEY, INC., et al.

        Defendants.
----------------------------------------------------------X
LIBERTY INSURANCE CORPORATION,

        Plaintiff,

  -against-

ADVANCED CHIMNEY INC., et al.

        Defendants.
----------------------------------------------------------X

**MEMORANDUM OF
DECISION AND ORDER**

2:17-cv-01207 (ADS)(GRB)

2:17-cv-06710 (ADS)(GRB)

**APPEARANCES:**

**de Luca Levine LLC**
*Counsel for Community Association Underwriters of America, Inc.*
100 Church Street Suite 800
New York, NY 10007
    By:    Daniel J. de Luca, Esq., Of Counsel

**Clark & Fox**
*Counsel for Community Association Underwriters of America, Inc.*
404 5th Avenue 3rd Floor
New York, NY 10018
    By:    Joshua Levi Seltzer, Esq., Of Counsel.

**Harris, King, Fodera, and Correia**
*Counsel for Liberty Insurance Corporation*
1 Battery Park Plaza 30th Floor
New York, NY 10004-1437
    By:    Mark S Labe, Esq., Of Counsel

**Law Office of Andrea G. Sawyers**
*Counsel for Advanced Chimney, Inc. and Advanced Maintenance, Inc.*
3 Huntington Quadrangle Suite 102s
Melville, NY 11747
  By: David I. Robinson, Esq., Of Counsel.

**Hannum Feretic Prendergast & Merlino LLC**
*Counsel for Advanced Chimney, Inc. and Advanced Maintenance, Inc.*
55 Broadway, Suite 202
New York, NY 10006
  By: Kevin John Stimpfl, Esq., Of Counsel.

**Bello Larkin**
*Counsel for Thomas Halstead and Judith Katz*
150 Motor Parkway Suite 405
Hauppauge, NY 11788
  By: Wayne Paul Esposito, Esq., Of Counsel.

**Westerman Ball Ederer Miller & Sharfstein, LLP**
*Counsel for Carl Vernick*
1201 RXR Plaza
Uniondale, NY 11556
  By: William Edward Vita, Esq., Of Counsel.

**SPATT, District Judge:**

By letter dated March 5, 2018, Advanced Chimney, Inc. and Advanced Maintenance Inc. d/b/a/ Advanced Chimney, on behalf of, and with the consent of all parties, requested that the Court consolidate the above-captioned actions, Case Numbers 17-cv-01207 ("the First Filed Action") and 17-cv-6710 ("the Second Filed Action"), for all purposes. Both these actions are subrogation actions seeking recovery for property damage allegedly resulting from a fire that occurred at a condominium building.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court grants the parties' request for consolidation for all purposes, as it finds that these actions involve common questions of law and fact. Accordingly, it is hereby

**ORDERED** that the March 5, 2018 letter motion to consolidate Case Numbers 17-cv-01207 and 17-cv-6710 is granted; and it is further

**ORDERED** that the Clerk of Court is directed to consolidate the two actions set forth above under Case Number 17-cv-01207 and Case Number 17-cv-6710 is to be closed; and it is further

**ORDERED** that the consolidated action shall proceed under Case Number 17-cv-01207, and that all filings are to be made only under Case Number 17-cv-01207; and it is further

**ORDERED** that the Plaintiffs in each action are directed to file, within fourteen days of the date of this Order, a Consolidated Complaint incorporating the claims of the Complaint in the First Filed Action and the Complaint in the Second Filed Action. The Consolidated Complaint shall not assert new allegations against the Defendants and the Defendants, having answered the Complaints in the First Filed Action and the Second Filed Action, will be under no obligation to file additional answers to the Consolidated Complaint; and it is further

**ORDERED** that the Defendants are directed to file, within fourteen days of the date of this Order, a Consolidated Third Party Complaint incorporating the claims of the Third Party Complaint in the First Filed Action and the Third Party Complaint in the Second Filed Action. The Consolidated Third Party Complaint shall not assert new allegations against the Third Party Defendants. Third Party Defendants that have already answered the Complaints in the First Filed Action and the Second Filed Action will be under no obligation to file additional answers to the Consolidated Third Party Complaint. Third Party Defendants who are required to answer by October 4, 2018 shall answer by the later of October 4, 2018 or seven days after the filing of the Consolidated Third Party Complaint. This Order shall not affect the deadlines for any Third Party Defendants subject to a motion seeking a default judgment against them.

**SO ORDERED.**

Dated: Central Islip, New York
September 21, 2018

                                                                    ___*/s/ Arthur D. Spatt*___
                                                                          ARTHUR D. SPATT
                                                           United States District Judge