FILED
CLERK
4:25 pm, Sep 27, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC. a/s/o
WHITEWOOD AT NORTH HILLS
CONDOMINIUM,

                Plaintiffs,

    -against-

ADVANCED CHIMNEY INC. and
ADVANCED MAINTENANCE, INC. D/B/A
ADVANCED CHIMNEY,

                Defendants.
-----------------------------------------------------------X

**MEMORANDUM OF**
**DECISION & ORDER**
2:17-cv-1207 (ADS) (GRB)

ADVANCED CHIMNEY INC. and
ADVANCED MAINTENANCE, INC. D/B/A
ADVANCED CHIMNEY,

                Third-Party Plaintiffs,

    -against-

WHITEWOOD HOMES INC., WHITEWOOD
AT NORTH HILLS ASSOCIATES, CARL
VERNICK, THOMAS HALSTEAD and
JUDITH KATZ

                Third-Party Defendants.
-----------------------------------------------------------X

**SPATT, District Judge.**

        On March 2, 2017, the Plaintiffs commenced this negligence action against the Defendants, seeking to recover insurance proceeds pursuant to an insurance police that were paid out as a result of a house fire.

On June 4, 2018, the Defendants filed a Third-Party Complaint for common law contribution against the Third-Party Defendants.

On August 20, 2018, the Clerk of the Court issued a Certificate of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

On September 7, 2018, the Defendants moved for a default judgment against Third-Party Defendants Whitewood Homes, Inc. and Whitewood at North Hills Associates.

The Court hereby refers this matter to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the motion for a default judgment should be granted, and if so, whether damages should be awarded. The Clerk of the Court is respectfully directed to note the referral.

**SO ORDERED.**
Dated: Central Islip, New York
September 27, 2018

                                        ___/s/ Arthur D. Spatt_____
                                          ARTHUR D. SPATT
                                      United States District Judge